## 52146. SEABOARD FIRE & MARINE INSURANCE COMPANY et al. v. DAVIS.

WEBB, Judge.

The appeal in this workmen's compensation case is controlled adversely to the employer/carrier, appellants here, by *Travelers Ins. Co. v. Smith,* 91 Ga. App. 305 (85 SE2d 484).

*Judgment affirmed. Deen, P. J., and Quillian, J., concur.*

SUBMITTED MAY 5, 1976 — DECIDED MAY 20, 1976.

*Swift, Currie, McGhee & Hiers, W. Wray Eckl,* for appellants.

*Elkins & Flournoy, James A. Elkins, Jr.,* for appellee.